No. 91–428.   BARNES, COMMISSIONER OF TEXAS STATE BOARD OF INSURANCE, ET AL. *v.* E-SYSTEMS, INC. GROUP HOSPITAL

982

MEDICAL & SURGICAL INSURANCE PLAN ET AL. (two cases). C. A. 5th Cir. Certiorari denied.